**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:
Beth D Kuhlman
Debtor(s)

Case No: 19−33545 − KAC

Chapter 7 Case

**NOTICE OF DEFICIENCY**

On 12/20/19, a reaffirmation agreement between the debtor and Home Point Financial Corporation was filed in this case.

The reaffirmation agreement filed was deficient in the following respects:

☐ The agreement was not submitted on the correct form; (Local Form 4008−1 Reaffirmation Agreement)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not submitted; (Official Form 427)
For the correct version of the form, see www.mnb.uscourts.gov/local−forms

☐ The reaffirmation agreement cover sheet was not completed;

☑ The undue hardship checkbox was not completed;

☐ Part D of the reaffirmation agreement was not completed; or

☐ Other (described below):

FILE AS AMENDED REAFFIRMATION AND LINK TO DOCUMENT # 9

No action, including any hearing, judicial review or approval required under 11 U.S.C. § 524, will be taken in connection with this agreement unless and until all deficiencies have been corrected.

Dated: 12/26/19

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: barbie
Deputy Clerk

mnbreafd 6/16